1361 POST (County Drain Comr.) vs. HARRIS (Supervisor, Town- ship of Leroy), No. 13255, 95 M., 321.

To compel respondent to spread a drain tax upon the township assessment roll.

Denied April 21, 1893, with costs, on the ground that the board of supervisors had not directed the levy under 3 How. Stat., Sec. 1740-f4.